IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12CV371

| | | |
|---|---|---|
| LEROY MILLER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Plaintiff's Motion for Reconsideration (Doc. No. 17). The Court has considered Plaintiff's motion as well as the Defendant's opposition. The Court finds no basis for reconsidering its Order of May 28, 2014 (Doc. No. 15). Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration is hereby DENIED.

Signed: December 30, 2014

Graham C. Mullen
United States District Judge